U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R01036)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 26 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.  1:19-CR-076  UNDER SEAL |
| | MAGISTRATE CASE NO. |

| X Second Superseding Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: August 26, 2019 | DATE: | DATE: |

| | |
|---|---|
| UNITED STATES OF AMERICA vs. JUAN RAMIREZ, A/K/A JUAN RAMIREZ-SANCHEZ, A/K/A MENE | SECOND SUPERSEDING INDICTMENT  Prior Case Number:  Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On another conviction
Is the defendant awaiting trial on other charges?    Yes   X No
    Other charges:
    Name of institution:    Washington State Prison

Will the defendant require an interpreter? X Yes   No
What language? Spanish

District Judge:  Leigh Martin May

Attorney:  Alison B. Prout
Defense Attorney: